# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Paola G Gordillo Cardenas, et al., | No. CV-25-03465-PHX-MTM |
| Plaintiffs, | |
| v. | **ORDER** |
| Kristi Noem et al., | |
| Defendant. | |

Having reviewed the parties' Stipulated Motion to Extend Defendant's Responsive Pleading Deadline (Third Request) (Doc. 21), and good cause appearing,

**IT IS ORDERED** granting the Stipulated Motion to Extend Defendant's Responsive Pleading Deadline (Doc. 21).

**IT IS FURTHER ORDERED** that Defendant shall file its responsive pleading by April 23, 2026.

Dated this 20th day of March, 2026.

Honorable Michael T. Morrissey
United States Magistrate Judge